```
 1  Thomas A. Brackey, II (State Bar No. 162279)
    tbrackey@freundandbrackey.com
 2  Joshua G. Zetlin (State Bar No. 273086)
    jzetlin@freundandbrackey.com
 3  FREUND AND BRACKEY LLP
    427 North Camden Drive
 4  Beverly Hills, CA 90210
    Telephone:  (310) 247-2165
 5  Facsimile:  (310) 247-2190

 6  Attorneys for Plaintiff
 7  Cutting Edge Music Holdings Limited
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTTING EDGE MUSIC HOLDINGS LIMITED, a United Kingdom company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABEL MAKKONEN TESFAYE, an individual; EMMANUEL NICKERSON, an individual; CARLO MONTAGNESE, an individual; AHMAD BALSHE, an individual; UNIVERSAL MUSIC GROUP, a California corporation; REPUBLIC RECORDS, a New York corporation; WARNER CHAPPELL MUSIC, a Delaware corporation; SONY ATV MUSIC PUBLISHING, LLC, a Delaware limited liability company; SONGS MUSIC PUBLISHING, LLC, a limited liability company; WB MUSIC CORP., a California corporation; CONNOISSEUR OF CONNISSEURS, an entity of unknown origin; CP MUSIC GROUP INC., an entity of unknown origin; SONGS OF SMP, an entity of unknown origin; SONGS OF HEAR THE ART, an entity of unknown origin; SONY ATV BALLAD, an entity of unknown origin; XO, an entity of unknown origin; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-cv-09547-PA-AFMx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS, PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Case Filed:  December 9, 2015<br>Judge:　　Hon. Percy Anderson |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) plaintiff Cutting Edge Music Holdings Limited voluntarily dismisses the above-captioned action with prejudice against all defendants.

Pursuant to Rule 41(a)(1)(A)(ii), the defendants that have appeared in this action to date—Songs Music Publishing, LLC, Songs of SMP, and Abel Makkonen Tesfaye—have signed and consented to this Notice below (though, for the avoidance of doubt, this Notice is intended to be, and is, effective as to all defendants, including those who have not yet appeared).

Dated: March 5, 2016              Respectfully submitted,

                                  FREUND AND BRACKEY LLP


                                  By /s/ Thomas A. Brackey, II
                                       Thomas A. Brackey, II
                                       Joshua G. Zetlin
                                       *Attorneys for Plaintiff Cutting Edge Music*
                                       *Holdings Limited*

Dated: March 5, 2016              Respectfully submitted,

                                  KING AND BALLOW


                                  By /s/ Paul H. Duvall
                                       Paul H. Duvall
                                       *Attorneys for Defendants Songs Music*
                                       *Publishing, LLC and Songs of SMP*

Dated: March 5, 2016              Respectfully submitted,

                                  PROSKAUER ROSE LLP


                                  By /s/ Susan L. Gutierrez
                                       Sandra A. Crawshaw-Sparks
                                       Susan L. Gutierrez
                                       Attorneys for Defendant
                                       *Abel Makkonen Tesfaye*

1

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 5, 2016						PROSKAUER ROSE LLP


								By:  /s/ Susan L. Gutierrez
								      Susan L. Gutierrez
								      *Attorneys for Defendant Abel*
								      *Makkonen Tesfaye*