AO 121 (6/90)

| TO: |  |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED<br>12/9/2015 | U.S. District Court, Central District of California<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| PLAINTIFF<br>CUTTING EDGE MUSIC (HOLDINGS) LIMITED, a United Kingdom Company | | DEFENDANT<br>ABEL MAKKONEN TESFAYE, a/k/a THE WEEKND, an individual, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001875037 | The Machine | Pandora Films Ltd |
| 2 SR# 1-2789219571 | The Machine | 3AM Music Limited |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☒ Yes ☐ No | DATE RENDERED<br>03/05/2016 |
|---|---|---|
| CLERK<br>**Kiry K. Gray** | (BY) DEPUTY CLERK<br>**Charles A. Rojas** | DATE<br>07/12/2016 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon ten mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print

1 | Thomas A. Brackey, II (State Bar No. 162279)
tbrackey@freundandbrackey.com
2 | Joshua G. Zetlin (State Bar No. 273086)
jzetlin@freundandbrackey.com
3 | FREUND AND BRACKEY LLP
427 North Camden Drive
4 | Beverly Hills, CA 90210
Telephone: (310) 247-2165
5 | Facsimile: (310) 247-2190

6 | Attorneys for Plaintiff
7 | *Cutting Edge Music Holdings Limited*

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | CUTTING EDGE MUSIC HOLDINGS LIMITED, a United Kingdom company, | Case No. 2:15-cv-09547-PA-AFMx
12 | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS, PURSUANT TO RULE 41(a)(1)(A)(ii)**
13 | v. |
14 | ABEL MAKKONEN TESFAYE, an individual; EMMANUEL NICKERSON, an individual; CARLO MONTAGNESE, an individual; AHMAD BALSHE, an individual; UNIVERSAL MUSIC GROUP, a California corporation; REPUBLIC RECORDS, a New York corporation; WARNER CHAPPELL MUSIC, a Delaware corporation; SONY ATV MUSIC PUBLISHING, LLC, a Delaware limited liability company; SONGS MUSIC PUBLISHING, LLC, a limited liability company; WB MUSIC CORP., a California corporation; CONNOISSEUR OF CONNISSEURS, an entity of unknown origin; CP MUSIC GROUP INC., an entity of unknown origin; SONGS OF SMP, an entity of unknown origin; SONGS OF HEAR THE ART, an entity of unknown origin; SONY ATV BALLAD, an entity of unknown origin; XO, an entity of unknown origin; and DOES 1 through 10, inclusive, Defendants. | Case Filed: December 9, 2015
Judge: Hon. Percy Anderson

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) plaintiff Cutting Edge Music Holdings Limited voluntarily dismisses the above-captioned action with prejudice against all defendants.

Pursuant to Rule 41(a)(1)(A)(ii), the defendants that have appeared in this action to date—Songs Music Publishing, LLC, Songs of SMP, and Abel Makkonen Tesfaye—have signed and consented to this Notice below (though, for the avoidance of doubt, this Notice is intended to be, and is, effective as to all defendants, including those who have not yet appeared).

Dated: March 5, 2016     Respectfully submitted,

FREUND AND BRACKEY LLP

By /s/ Thomas A. Brackey, II
Thomas A. Brackey, II
Joshua G. Zetlin
*Attorneys for Plaintiff Cutting Edge Music Holdings Limited*

Dated: March 5, 2016     Respectfully submitted,

KING AND BALLOW

By /s/ Paul H. Duvall
Paul H. Duvall
*Attorneys for Defendants Songs Music Publishing, LLC and Songs of SMP*

Dated: March 5, 2016     Respectfully submitted,

PROSKAUER ROSE LLP

By /s/ Susan L. Gutierrez
Sandra A. Crawshaw-Sparks
Susan L. Gutierrez
Attorneys for Defendant
*Abel Makkonen Tesfaye*

1

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 5, 2016  PROSKAUER ROSE LLP

By: /s/ Susan L. Gutierrez
  Susan L. Gutierrez
  *Attorneys for Defendant Abel Makkonen Tesfaye*